HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar # 184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
EDDIE CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-cr-00327 AWI-BAM 1 |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | STIPULATION TO CONTINUE SENTENCING |
| v. | ) | HEARING;  ORDER |
| | ) | |
| EDDIE CRUZ, | ) | Date:    February 24, 2014 |
| | ) | Time:    10:00 a.m. |
| *Defendant.* | ) | Judge: Honorable Anthony W. Ishii |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the sentencing hearing in the above-referenced matter now scheduled for January 13, 2014, **may be continued to February 24, 2014, at 10:00 a.m.**

The reason for this request is to allow the defense an opportunity to conduct further investigation related to sentencing. The requested continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney, Kimberly A. Sanchez, has no objection to this request.

///

///

///

///

///

Because this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  January 7, 2014                             /s/ *Kimberly A. Sanchez*
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


                                                    HEATHER E. WILLIAMS
                                                    Federal Defender


Dated:  January 7, 2014                             /s/ *Marc Days*
                                                    JEROME PRICE
                                                    Assistant Federal Defender
                                                    Attorneys for Defendant
                                                    EDDIE CRUZ


**O R D E R**

**IT IS SO ORDERED**.  The sentencing hearing in the above-captioned matter is hereby continued to February 24, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 7, 2014                   _____
                                            SENIOR  DISTRICT  JUDGE

Cruz Stipulation to Continue Sentencing